**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:  PHILIP ADORJAN and
RENEE ADORJAN,

Case No. 12-11556

       Debtors,

_____

HONORABLE DENISE PAGE HOOD

      United States of America,

         Movant,

      v.

      David William Ruskin,

         Respondent.

_____/

**ORDER DENYING MOTION TO WITHDRAW REFERENCE**
**and**
**ORDER CLOSING CASE**

For the reasons set forth in the Opinion entered this date, accordingly,

IT IS ORDERED that the Motion to Withdraw the Reference filed by the United States

of America **(Doc. No. 1, 4/6/2012)** is DENIED.

IT IS FURTHER ORDERED that this matter is CLOSED.

                        S/Denise Page Hood
                        Denise Page Hood
                        United States District Judge

Dated:  October 31, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on
October 31, 2012, by electronic and/or ordinary mail.

                        S/LaShawn R. Saulsberry
                        Case Manager